# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Basim Sabri, d/b/a Sabri Properties and Darren Honkola,

Case No. Civil 01-54 DSD/JMM

v.

**JUDGMENT IN A CIVIL CASE**

James Loveland and Angela Hugen and the City of Minneapolis, a municipal corporation,

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

This matter is dismissed with prejudice.

DATE: May 29, 2002

RICHARD E. SLETTEN, CLERK

~~Julie Rustad~~, Deputy Clerk

15